SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARGARET M. MANN, Cal. Bar No. 99054
mmann@sheppardmullin.com
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
bmarum@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:    619-338-6500
Facsimile:     619-234-3815
CARREN SHULMAN (*admitted in New York*)
cshulman@sheppardmullin.com
30 Rockefeller Plaza
New York, New York  10112
Telephone:    212-653-8700
Facsimile:     212-653-8701

Proposed Attorneys for Debtor

FILED & ENTERED

JAN 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MMFX CANADIAN HOLDINGS, INC.,<br><br>Debtor. | Case No. 8:10-bk-10083-RK<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION FOR THE JOINT ADMINISTRATION OF RELATED CASES**<br><br>[No notice or hearing required] |

The Court have considered the *Debtor's Ex Parte Application for Entry of an Order Directing Joint Administration of Related Cases* (the "Application") filed by MMFX Canadian Holdings, Inc. ("Canadian Holdings") seeking an order directing the joint administration of the above-captioned chapter 11 case together with the chapter 11 case of MMFX International Holdings, Inc. ("International Holdings"), Case No. 8:10-bk-10085-RK, the declaration filed in support of the Application, and all other pleadings filed in this case, and having determined that it

-1-

1  is appropriate to grant the Application without the need for notice or hearing pursuant to Local

2  Bankruptcy Rule 1015-1(b), and after due deliberation and good cause appearing therefore,

3  **IT IS HEREBY ORDERED THAT:**

4  1.     The Application is GRANTED.

5  2.     The chapter 11 cases of Canadian Holdings and International Holdings (each a

6  "Debtor" and together, the "Debtors") shall be jointly administered under the chapter 11 case of

7  Canadian Holdings, Case No. 8:10-bk-10083-RK.

8  3.     Except as provided here, the caption page for all pleadings, notices, and orders,

9  filed in the Debtors' cases shall be filed in Case No. 8:10-bk-10083-RK, using a caption

10 substantially conforming to Exhibit "A" appended to the Application. The docket for case number

11 8:10-bk-10083-RK shall be designated as the single pleadings docket for all pleadings with respect

12 to these jointly administered cases.

13 4.     Absent further order of the Court, each of the Debtors shall separately file its own

14 schedules of assets and liabilities and statements of financial affairs, and each shall maintain its

15 own claims register. Proofs of claims shall be filed in each case in which the filing creditor is

16 asserting a claim, and identify in the caption the name of the Debtor against which the claim is

17 asserted.

18                                    ###

DATED: January 26, 2010

_____
United States Bankruptcy Judge

-2-

| In re: MMFX CANADIAN HOLDINGS, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-bk-10083-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **OORDER APPROVING APPLICATION FOR JOINT ADMINISTRATION OF RELATED CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 25, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Henkie F Barron     hbarron@winston.com, docketsf@winston.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Ori Katz     okatz@sheppardmullin.com
- Margaret M Mann     mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
- J. Barrett Marum     bmarum@sheppardmullin.com, michelemcconnell@sheppardmullin.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor - MMFX Canadian Holdings Inc, c/o MMFX Technologies Corp., 2415 Campus Dr, Ste 100, Irvine, CA 92612

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Fourth Third LLC  
375 Park Avenue, Suite 3304  
New York, NY  10152  

Winston & Strawn LLP  
c/o Greg Gartland, Esq.  
35 West Wacker Drive  
Chicago, IL 60601  

MMFX Canadian Holdings Inc.  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

MMFX Steel Corporation of America  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

ST Welland Real Estate  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

Winston & Strawn LLP  
c/o John Fredericks, Esq.  
101 California Street, 39th Floor  
San Francisco, CA 94111  

MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

Fasteel Corporation  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

Welland Security Holding Corporation  
c/o Medley Capital  
375 Park Avenue, Suite 3304  
New York, NY 1052  

MMFX Steel of Canada Inc.  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

ST Equipment Inc.  
c/o MMFX Technologies Corporation  
2415 Campus Drive Suite 100  
Irvine, CA  92612  

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 9021-1.1**