SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
Four Embarcadero Center, Seventeenth Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:    714-513-5100
Facsimile:    714-513-5130
CARREN B. SHULMAN (*admitted in New York*)
cshulman@sheppardmullin.com
30 Rockefeller Plaza
New York, New York  10112
Telephone:    212-653-8700
Facsimile:    212-653-8701

Proposed Attorneys for Debtor

FILED & ENTERED

DEC 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FASTEEL CORPORATION,<br><br>                Debtor. | Case No. 8:10-bk-27570-RK<br><br>Chapter 11<br><br>**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**<br><br>Date: December 16, 2010<br>Time: 3:00 p.m.<br>Place: United States Bankruptcy Court<br>      411 West Fourth Street<br>      Santa Ana, CA 92701<br>      Courtroom 5D |

A hearing (the "Hearing") was held before this Court on December 16, 2010, at 3:00 p.m., to consider the *Ex Parte Application for Order Authorizing Joint Administration of Related Chapter 11 Cases* (the "Application"), filed by Fasteel

-1-

Corporation, for joint administration with the chapter 11 cases of MMFX International Holdings, Inc., MMFX Canadian Holdings, Inc., MMFX Technologies Corporation, and MMFX Steel Corporation of America (collectively, "the Debtors"), and the consolidation thereof for procedural purposes only. Appearances were made at the Hearing on behalf of the Debtors, Fourth Third LLC, Investment Funding Inc., Lindsey Davidson, Wells Fargo Bank, Sherman Brothers and the United States Trustee, as noted on the record.

The Court having reviewed the Application, the Declaration of Michael Pompay filed in support thereof, and the arguments of counsel at the Hearing; and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

2. The following five related chapter 11 cases shall be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure:

| *Debtor Name* | *Case No.* |
| --- | --- |
| MMFX Canadian Holdings, Inc. | 8:10-bk-10083-RK |
| MMFX International Holdings, Inc. | 8:10-bk-10085-RK |
| Fasteel Corporation | 8:10-bk-27570-RK |
| MMFX Steel Corporation of America | 8:10-bk-27571-RK |
| MMFX Technologies Corporation | 8:10-bk-27572-RK |

3. The foregoing chapter 11 cases shall be jointly administered under the chapter 11 case titled *In re MMFX Canadian Holdings, Inc*, Case No. 8:10-bk-10083-RK.

4. Except as provided below or by further order of the Court, the caption page for all pleadings, notices, and orders, filed in the Debtors' cases shall be filed in Case No. 8:10-bk-10083-RK, using a caption substantially conforming to Exhibit "A" appended to this order. The docket for case number 8:10-bk-10083-RK shall be designated as the single pleadings docket for all pleadings with respect to these jointly administered cases.

5. Absent further order of the Court, each of the Debtors shall separately file its own schedules of assets and liabilities and statements of financial affairs, and

1  monthly operating reports, and any amendments thereto, and each shall maintain its own
2  claims register.
3           6.      Proofs of claims shall be filed in each case in which the filing creditor
4  is asserting a claim, and identify in the caption the name of the Debtor against which the
5  claim is asserted.

###

DATED: December 22, 2010

_____
United States Bankruptcy Judge

-3-

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-bk-10083-RK |
| MMFX Canadian Holdings, Inc, *et al.*, | (Jointly Administered with Case Nos.: 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572) |
| Debtors. | |
| | Chapter 11 |
| ☐ Affects MMFX Canadian Holdings, Inc. | |
| ☐ Affects MMFX International Holdings, Inc. | |
| ☐ Affects Fasteel Corporation | |
| ☐ Affects MMFX Steel Corporation of America | |
| ☐ Affects, MMFX Technologies Corporation | |
| ☐ Affects all Debtors | |

EXHIBIT A

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_December 22, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Ori Katz okatz@sheppardmullin.com
- Aaron Malo  amalo@sheppardmullin.com
- Justin E Rawlins  jrawlins@winston.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Fasteel Corporation
1834 S. Lewis Street
Anaheim, California 92805

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | | |
|---|---|---|
| Fourth Third LLC | AT&T | L&W Properties |
| 375 Park Avenue, Suite 3304 | Payment Center | 9771 Overhill Drive |
| New York, NY 10152 | Sacramento, CA 95887 | Santa Ana, CA 92705 |

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9021-1.1.NOTICE.ENTERED.ORDER**

| | | |
|---|---|---|
| City of Anaheim<br>201 S. Anaheim Blvd<br>Suite 300<br>Anaheim, CA 92805 | Lindsey L. Davidson<br>4427 La Orilla<br>Rancho Santa Fe, CA  92067 | General Electric Capital Corporation<br>10 Riverview Dr<br>Danbury, CT 06810 |
| Wells Fargo Business Credit<br>1740 Broadway<br>MAC C7300-060<br>Denver, CO  80274 | TAMCO Capital Corporation<br>4830 W. Kennedy Boulevard,<br>Suite 650<br>Tampa, FL 33609 | Adelphia Metals LLC<br>Attn:  Jed Trachte, President<br>411 Main Street, Suite E<br>New Prague, MN 56071 |
| U.S. Bancorp Business Equipment<br>1310 Madrid St, Suite 106<br>Marshall, MN  56258 | AT&T<br>PO Box 105068<br>Atlanta, GA 30348 | AT&T Mobility<br>PO Box 60017<br>Los Angeles, CA 90060 |
| The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | Minuteman<br>PO Box 942<br>Trabuco Canyon, CA 92678 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**