SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
CARREN B. SHULMAN (*admitted in New York*)
cshulman@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:    714-513-5100
Facsimile:    714-513-5130

Proposed Attorneys for Debtors

FILED & ENTERED

JAN 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent      DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MMFX CANADIAN HOLDINGS, INC., *et al.*,<br><br>Debtors.<br><br>☐ Affects MMFX Canadian Holdings, Inc.<br>☐ Affects MMFX International Holdings, Inc.<br>☒ Affects Fasteel Corporation<br>☒ Affects MMFX Steel Corporation of America<br>☒ Affects, MMFX Technologies Corporation<br>☐ Affects all Debtors | Case No. 8: 10-bk-10083-RK<br><br>(Jointly Administered with Case Nos.: 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTION FOR ORDER (I) AUTHORIZING POST-PETITION FINANCING AND GRANTING LIENS AND SUPER-PRIORITY CLAIMS, AND (II) PROVIDING RELATED RELIEF**<br><br><u>Old Hearing Date & Time</u><br>Date:      January 12, 2011<br>Time:     2:30 p.m.<br><br><u>New Hearing Date & Time</u><br>Date:      February 1, 2011<br>Time:     2:30 p.m.<br>Place:     411 West Fourth Street<br>              Santa Ana, CA 92701<br>              Courtroom:  #5D |

This Court, having read and duly considered the *Stipulation Regarding Continuance of Final Hearing on Motion for Order (I) Authorizing Post-Petition Financing and Granting Liens and Super-Priority Claims, and (II) Providing Related Relief* (the "Stipulation") [Docket N0. 134], entered into between three of the above-captioned debtors (the "New Debtors"), Lindsey Davidson as Trustee of the Lindsey Davidson Trust dated April 28, 2009, Fourth Third LLC, and Investment Funding, Inc., with respect to the continuance of the final hearing on the New Debtors' emergency motions seeking Court approval for post-petition financing (the "DIP Motion"), and finding good cause appearing for approval thereof,

**HEREBY ORDERS THAT**:

1. The final hearing on the DIP Motion currently set for January 12, 2011 shall be continued to February 1, 2011 at 2:30 p.m.. (the "Final Hearing"). The deadline to file objections, if any, to the final approval of the DIP Motion shall be ten calendar days prior to the Final Hearing. Any reply may be filed no later than four calendar days prior to the Final Hearing.

2. Pending the Final Hearing, the New Debtors are authorized to continue to borrow, on an interim basis, up to the amount applicable through the date of the Final Hearing pursuant to the budget attached to the Interim DIP Order, which amounts to approximately $300,000. Other than modified and agreed to herein, such extension of interim DIP financing shall be on the terms and conditions set forth in the Interim DIP Order.

//
//
//

3. Within 24 hours of the entry of this order, the New Debtors will serve a copy of the order on all the parties entitled to receive notice pursuant to the Court's order limiting service of notice in this case.

### 

DATED: January 7, 2011

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTION FOR ORDER (I) AUTHORIZING POST-PETITION FINANCING AND GRANTING LIENS AND SUPER-PRIORITY CLAIMS, AND (II) PROVIDING RELATED RELIEF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 6, 2011,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Henkie F Barron     hbarron@winston.com, docketsf@winston.com
Peter L Duncan     peterd@psdslaw.com
Donald English     dae@englishapc.com
Beth Gaschen     bgaschen@wgllp.com
Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
Ori Katz     okatz@sheppardmullin.com
Aaron J Malo     amalo@sheppardmullin.com
Margaret M Mann     mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
J. Barrett Marum     bmarum@sheppardmullin.com, danderson@sheppardmullin.com
Justin E Rawlins     jrawlins@winston.com, docketla@winston.com
Daniel H Reiss     dhr@lnbrb.com
Robert K Sahyan     rsahyan@sheppardmullin.com
Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley     esmiley@wgllp.com
Philip E Strok     pstrok@wgllp.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> Debtors
> MMFX Technologies Corporation
> 2415 Campus Drive, Suite 100
> Irvine, CA 92612

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**III. TO BE SERVED BY THE LODGING PARTY BY US MAIL:**

| | | |
|---|---|---|
| Fourth Third LLC<br>375 Park Avenue, Suite 3304<br>New York, NY 10152 | Lindsey L. Davidson<br>4427 La Orilla<br>Rancho Santa Fe, CA 92067 | Investment Funding Inc<br>10940 South Parker Road<br>PO Box 323<br>Parker, CO 80134 |
| L&W Properties<br>9771 Overhill Drive<br>Santa Ana, CA 92705 | AT&T<br>Payment Center<br>Sacramento, CA 95887 | U.S. Bancorp Business<br>  Equipment<br>1310 Madrid Street, Suite 106<br>Marshall, MN 56258 |
| City of Anaheim<br>201 S. Anaheim Blvd, Suite 300<br>Anaheim, CA 92805 | Chinook Ventures Inc<br>4029 Industrial Way<br>Longview, WA 98632 | Townsend & Townsend & Crew<br>Two Embarcadero Ctr, 8th Floor<br>San Francisco, CA 94111-3834 |
| InhouseIT<br>3193 Red Hill Avenue<br>Costa Mesa, CA 92626 | Michael J Zambetti<br>10 La Vista Drive<br>Ponte Vedra Beach, FL 32082 | Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY 10036 |
| General Electric Capital Corporation<br>10 Riverview Drive<br>Danbury, CT 06810 | Paul L Chan<br>814 Nardo Road<br>Encinitas, CA 92024-3829 | |
| Wells Fargo Business Credit<br>1740 Broadway<br>MAC C7300-060<br>Denver, CO 80274 | Henry B Woo and Bessie K Woo<br>Foundation<br>165 Derby Lane<br>Moraga, CA 94556 | Squar Milner<br>4100 Newport Place Dr, 3rd Flr<br>Newport Beach, CA 92660 |
| William Geers<br>7707 Old Woodstock Lane<br>Ellicott City, MD 21043 | Michael and Marcia Lassiter<br>36 Ashford Place<br>Moraga, CA 94556 | McGraw-Hill Construction<br>7625 Collection Center Drive<br>Chicago, IL 60693-0076 |
| TAMCO Financial Services LLC<br>4830 W Kennedy Blvd, Ste 650<br>Tampa, FL 33609 | Concrete Reinforcing Products<br>1381 Sawgrass Corporate Pkwy<br>Sunrise, FL 33323 | Charles S Abbot<br>2333 South Queen Street<br>Arlington, VA 22202 |
| Renaud Electric<br>2300 Talley Way<br>Kelso, WA 98626 | Lex A Corrales<br>5057 Gadwell Circle<br>Stockton, CA 95207 | Daniel Furlan<br>2870 Albatross Street<br>San Diego, CA 92103 |
| Adelphia Metals LLC<br>Attn: Jed Trachte, President<br>411 Main Street, Suite E<br>New Prague, MN 56071 | Hartt and Associates Inc<br>20914 Morada Court<br>Boca Raton, FL 33433 | Howard Yerusalim<br>109 Holly Hills Drive<br>Harrisburg, PA 17110 |
| Hatch LTD<br>2800 Speakman Drive<br>Mississauga, Ontario<br>L5K2R7 Canada | Cascade Natural Gas<br>  Corporation<br>222 Fairview Avenue North<br>Seattle, WA 98109 | City of Los Angeles Dept of<br>  Building & Safety<br>201 North Figueroa Street<br>8th Floor, Room 880<br>Los Angeles, CA 90012-4869 |
| ASA Applied Systems Assoc Inc.<br>5270 Logan Ferry Road<br>Murrysville, PA 15668 | Breck's PMB161<br>6745 S Washington Avenue<br>Whittier, CA 90606-4325 | Cary Kopczynski & Co<br>10500 NE 8th St, Suite 800<br>Bellevue, WA 98004 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**

| | | |
|---|---|---|
| Lochsa Engineering<br>6345 South Jones Blvd, Suite 100<br>Las Vegas, NV 89118 | Atlantic Logistics Inc.<br>PO Box 600859<br>Jacksonville, FL 32260-0859 | The Hartford<br>PO Box 2907<br>Hartford, CT 06104 |
| AT&T<br>PO Box 105068<br>Atlanta, GA 30348 | Millbank Materials USA Ltd<br>PO Box 83149<br>Portland, OR 97283 | Global Recovery Services<br>PO Box 105795<br>Atlanta, GA 30348-9864 |
| AT&T Mobility<br>PO Box 60017<br>Los Angeles, CA 90060 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | American Concrete Institute<br>PO Box 78000<br>Detroit, MI 48278-0297 |
| Minuteman<br>PO Box 942<br>Trabuco Canyon, CA 92678 | Union Pacific Railroad<br>PO Box 843465<br>Dallas, TX 75284-3465 | BlueLinx Corporation<br>PO Box 31001-1362<br>Pasadena, CA 91110 |
| Coface Collections North<br>   America<br>Medima Case #18095<br>PO Box 8471<br>Metairie, LA 70111 | Shawn Lanka<br>Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas Street, STOP 1580<br>Omaha, NE 68179 | SB Inc dba Sherman Brothers<br>   Trucking<br>PO Box 706<br>Harrisburg, OR 97446-9738 |
| Winston & Strawn LLP<br>John Fredericks, Esq.<br>101 California Street, 39th Floor<br>San Francisco, CA 94111 | Winston & Strawn LLP<br>Greg Gartland, Esq.<br>35 West Wacker Drive<br>Chicago, IL 60601 | Winston & Strawn LLP<br>Justin E. Rawlins, Esq.<br>William R. Shafton, Esq.<br>333 South Grand Avenue,<br>   38th Floor<br>Los Angeles, CA 90071-1543 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9021-1.1.NOTICE.ENTERED.ORDER**