1  PETER C. ANDERSON
   United States Trustee
2  Frank M. Cadigan (SB #95666)
   Assistant United States Trustee
3  OFFICE OF THE UNITED STATES TRUSTEE
   Ronald Reagan Federal Building
4         and United States Courthouse
   411 W. 4th Street, Suite 9041
5  Santa Ana, CA 92701-8000
   Telephone: (714) 338-3400
6  Facsimile:  (714)338-3421
   Email Address: frank.cadigan@usdoj.gov
7

8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                   SANTA ANA DIVISION

10 In re                          )  Case No. 8:10-bk-10083-RK
                                  )
11 MMFX Canadian Holdings, Inc., et al,  )  Jointly Administered with Case Nos.
                                  )  8:10-bk-10085-RK; 8:10-bk-27570-RK;
12 ☐ Affects MMFX Canadian Holdings, Inc.  )  8:10-bk-27571-RK; 8:10-bk-27572-RK;
                                  )
13 ☐ Affects MMFX International Holdings, Inc.  )
                                  )  Chapter 11
14 ■ Affects Fasteel Corporation  )
                                  )  APPOINTMENT AND NOTICE OF
15 ■ Affects MMFX Steel Corporation of  )  APPOINTMENT OF COMMITTEE OF
      America                     )  CREDITORS HOLDING UNSECURED
16                                )  CLAIMS
   ■ Affects MMFX Technologies Corporation  )
17                                )
   ☐ Affects all Debtors          )
18                                )
                                  )
19                                )
                                  )
20 _____)

21      Pursuant to 11 U.S.C. § 1102(a)(1), the undersigned hereby apoints the following five (5)

22 members to serve on a Committee of Creditors holding unsecured claims.

23                  **SEE EXHIBIT "A" ATTACHED**

24 DATED: 1/7/11                  Respectfully submitted,
                                  OFFICE OF THE UNITED STATES TRUSTEE
25

26                                /s/ Frank Cadigan
                                  FRANK CADIGAN
27                                ASSISTANT U.S. TRUSTEE

28

- 1 -

| | |
|---|---|
| 1 | IN RE: | **FASTEEL CORPORATION** |
| 2 | | **MMFX STEEL CORPORATION** |
| | | **MMFX TECHNOLOGIES CORPORATION** |
| 3 | | |
| | CASE NO.: | **8:10-bk-27570-RK** |
| 4 | | **8:10-bk-27571-RK** |
| | | **8:10-bk-27572-RK** |
| 5 | | |

```
 1  IN RE:    FASTEEL CORPORATION
              MMFX STEEL CORPORATION
 2            MMFX TECHNOLOGIES CORPORATION
 3
    CASE NO.: 8:10-bk-27570-RK
 4            8:10-bk-27571-RK
              8:10-bk-27572-RK
 5
    FOURTH THIRD, LLC
 6  WINSTON & STRAWN, LLP
    ATTN: JOHN D. FREDERICKS
 7  101 CALIFORNIA ST., 39TH FL.
    SAN FRANCISCO, CA 94111
 8  TEL: (415) 591-1422
    FAX: (415) 591-1400
 9
10  INVESTMENT FUNDING, INC.
    ATTN: DONALD A. ENGLISH, ESQ.
11  ENGLISH & GLOVEN, A PROFESSIONAL CORP.
    550 WEST "C" ST., #1800
12  SAN DIEGO, CA 92101
    TEL: (619) 338-6610
13  FAX: (619) 338-6657

14  SHERMAN BROS. HEAVY TRUCKING
    ATTN: MUNNIA VANDENHEUVEL
15  A/R CREDIT ADMINISTRATOR
16  32921 DIAMOND HILL DR.
    PO BOX 706
17  HARRISBURG, OR 97446
    TEL: (541) 998-7246
18  FAX: (541) 998-7288

19  HATCH, LTD.
    ATTN: JOHN TUMMERS
20  2800 SPEAKMAN DR.
    MISSISSAUGA
21  ON CANADA L5K2R7
    TEL: (905) 403-3866
22  FAX: (905) 855-0720

23
    HENRY B. WOO AND BESSIE K. WOO FOUNDATION
24  ATTN: KAREN W. CHIN
    165 DERBY LANE
25  MORAGA, CA 94556
    TEL: (925) 376-1009
26
27                                    EXHIBIT A
28
                              - 2 -
```

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA 92701

A true and correct copy of the foregoing document described as **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 7, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ori Katz   okatz@sheppardmullin.com
- Aaron J Malo   amalo@sheppardmullin.com
- Justin E Rawlins   jrawlins@winston.com, docketla@winston.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **JANUARY 7, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fasteel Corporation, 1834 S. Lewis Street, Anaheim, CA 92805
MMFX Steel Corporation of America, 2415 Campus Drive Ste 100, Irvine, CA 92612
MMFX Technologies Corporation, 2415 Campus Drive, Suite 100, Irvine, CA 92612

SEE EXHIBIT "A"

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 7, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan—bin outside Rm 5097

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JANUARY 7, 2011 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**