PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (SB #95666)
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
     and United States Courthouse
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile:   (714)338-3421
Email Address: frank.cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-bk-10083-RK |
| MMFX Canadian Holdings, Inc., et al, | Jointly Administered with Case Nos. 8:10-bk-10085-RK; 8:10-bk-27570-RK; 8:10-bk-27571-RK; 8:10-bk-27572-RK; |
| ☐ Affects MMFX Canadian Holdings, Inc. | |
| ☐ Affects MMFX International Holdings, Inc. | Chapter 11 |
| ■ Affects Fasteel Corporation | AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| ■ Affects MMFX Steel Corporation of America | |
| ■ Affects MMFX Technologies Corporation | |
| ☐ Affects all Debtors | |

The Committee of Creditor holding Unsecured Claims is hereby amended by deleting the following member: Hatch, Ltd. and adding the following member: Michael Lassiter on behalf of Michael and Marcia Lassiter.

The Committee of Creditors holding unsecured claims now consists of five (5) members.

**SEE EXHIBIT "A" ATTACHED**

DATED: 1/21/11                    Respectfully submitted,
                                  OFFICE OF THE UNITED STATES TRUSTEE

                                  /s/ Frank Cadigan
                                  FRANK CADIGAN

- 1 -

| | |
|---|---|
| 1 | IN RE:    **FASTEEL CORPORATION** |
| 2 |           **MMFX STEEL CORPORATION** |
|   |           **MMFX TECHNOLOGIES CORPORATION** |
| 3 | |
|   | CASE NO.:  **8:10-bk-27570-RK** |
| 4 |            **8:10-bk-27571-RK** |
|   |            **8:10-bk-27572-RK** |
| 5 | |
|   | FOURTH THIRD, LLC |
| 6 | WINSTON & STRAWN, LLP |
|   | ATTN: JOHN D. FREDERICKS |
| 7 | 101 CALIFORNIA ST., 39TH FL. |
|   | SAN FRANCISCO, CA 94111 |
| 8 | TEL: (415) 591-1422 |
| 9 | FAX: (415) 591-1400 |
|   | |
| 10 | INVESTMENT FUNDING, INC. |
|    | ATTN: DONALD A. ENGLISH, ESQ. |
| 11 | ENGLISH & GLOVEN, A PROFESSIONAL CORP. |
|    | 550 WEST "C" ST., #1800 |
| 12 | SAN DIEGO, CA 92101 |
|    | TEL: (619) 338-6610 |
| 13 | FAX: (619) 338-6657 |
| 14 | |
|    | SHERMAN BROS. HEAVY TRUCKING |
| 15 | ATTN: MUNNIA VANDENHEUVEL |
|    | A/R CREDIT ADMINISTRATOR |
| 16 | 32921 DIAMOND HILL DR. |
|    | PO BOX 706 |
| 17 | HARRISBURG, OR 97446 |
|    | TEL: (541) 998-7246 |
| 18 | FAX: (541) 998-7288 |
| 19 | |
|    | HENRY B. WOO AND BESSIE K. WOO FOUNDATION |
| 20 | ATTN: KAREN W. CHIN |
|    | 165 DERBY LANE |
| 21 | MORAGA, CA 94556 |
|    | TEL: (925) 376-1009 |
| 22 | |
|    | MICHAEL LASSITER |
| 23 | ON BEHALF OF MICHAEL & MARCIA LASSITER |
|    | 36 ASHFORD PL. |
| 24 | MORAGA, CA 94556 |
|    | TEL: (925) 631-0571 |
| 25 | |
| 26 | |
| 27 |                       **EXHIBIT A** |
| 28 | |

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA 92701

A true and correct copy of the foregoing document described as **AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 21, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ori Katz    okatz@sheppardmullin.com
- Aaron J Malo    amalo@sheppardmullin.com
- J. Barrett Marum bmarum@sheppardmullin.com
- Margaret M Mann mmann@sheppardmullin.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Robert K Sahyan rsahyan@sheppardmullin.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **JANUARY 21, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fasteel Corporation, 1834 S. Lewis Street, Anaheim, CA 92805
MMFX Steel Corporation of America, MMFX Canadian Holdings, MMFX International Holdings, 2415 Campus Drive Ste 100, Irvine, CA 92612
MMFX Technologies Corporation, 2415 Campus Drive, Suite 100, Irvine, CA 92612

SEE EXHIBIT "A"

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 21, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan—bin outside Rm 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JANUARY 21, 2011 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                           **F 9013-3.1.PROOF.SERVICE**