SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
CARREN B. SHULMAN (*admitted in New York)*
cshulman@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Proposed Attorneys for Debtors

FILED & ENTERED

JAN 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MMFX CANADIAN HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No. 8: 10-bk-10083-RK<br><br>(Jointly Administered with Case Nos.: 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572)<br><br>Chapter 11 |
| ☐ Affects MMFX Canadian Holdings, Inc.<br><br>☐ Affects MMFX International Holdings, Inc.<br><br>☒ Affects Fasteel Corporation<br><br>☒ Affects MMFX Steel Corporation of America<br><br>☒ Affects, MMFX Technologies Corporation<br><br>☐ Affects all Debtors | **ORDER APPROVING SECOND STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTION FOR ORDER (I) AUTHORIZING POST-PETITION FINANCING AND GRANTING LIENS AND SUPER-PRIORITY CLAIMS, AND (II) PROVIDING RELATED RELIEF**<br><br><u>Old Hearing Date & Time</u><br>Date: February 1, 2011<br>Time: 2:30 p.m.<br><br><u>New Hearing Date & Time</u><br>Date: February 22, 2011<br>Time: 2:30 p.m.<br><br>Place: 411 West Fourth Street<br>Santa Ana, CA 92701<br>Courtroom: #5D |

This Court, having read and duly considered the *Second Stipulation Regarding Continuance of Final Hearing on Motion for Order (I) Authorizing Post-Petition Financing and Granting Liens and Super-Priority Claims, and (II) Providing Related Relief* (the "Stipulation") [Docket N0. 154], entered into between three of the above-captioned debtors (the "New Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), Lindsey Davidson as Trustee of the Lindsey Davidson Trust dated April 28, 2009, Fourth Third LLC, and Investment Funding, Inc., with respect to the continuance of the final hearing (the "Final Hearing") on the New Debtors' emergency motions seeking Court approval for post-petition financing (the "DIP Motion"), and finding good cause appearing for approval thereof,

**HEREBY ORDERS THAT**:

1. The Final Hearing on the DIP Motion currently set for February 1, 2011 shall be continued to February 22, 2011 at 2:30 p.m. The deadline to file an objection, if any, to the final approval of the DIP Motion shall be (i) three days prior to the Final Hearing if such objection is by the Committee, and (ii) ten days prior to the Final Hearing if such objection is by any other party. A reply to any and all objections may be filed no later than the day prior to the Final Hearing.

2. Pending the Final Hearing, the New Debtors are authorized to continue to borrow, on an interim basis, up to the amount set forth in the Interim DIP Order through the date of the Final Hearing as continued herein. On or before February 8, 2011, the New Debtors shall provide the Committee, Fourth Third, and Investment Funding with updated cashflow statements reflecting actual financial results for the period ending on January 31, 2011 and updated projected financial results through December 31, 2011 as well as any reporting to be required to be provided to the DIP Lender under the DIP Credit Agreement, including, but not limited to, weekly variance reports. By close of business each Friday, the New Debtors shall provide the Committee, Fourth Third, and Investment Funding with their most recent updated backlog report showing anticipated orders for the succeeding six

month period. Other than modified and agreed to herein, such extension of the interim DIP financing shall be on the terms and conditions set forth in the Interim DIP Order

3. Other than modified and agreed to herein, such extension of the interim DIP financing shall be on the terms and conditions set forth in the Interim DIP Order.

###

DATED: January 25, 2011

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***ORDER APPROVING SECOND STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTION FOR ORDER (I) AUTHORIZING POST-PETITION FINANCING AND GRANTING LIENS AND SUPER-PRIORITY CLAIMS, AND (II) PROVIDING RELATED RELIEF*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 24, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Henkie F Barron hbarron@winston.com, docketsf@winston.com
Shirley Cho scho@pszjlaw.com
Peter L Duncan peterd@psdslaw.com
Donald English dae@englishapc.com
Beth Gaschen bgaschen@wgllp.com
Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Ori Katz okatz@sheppardmullin.com
Aaron J Malo amalo@sheppardmullin.com
Margaret M Mann mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
J. Barrett Marum bmarum@sheppardmullin.com, danderson@sheppardmullin.com
Justin E Rawlins jrawlins@winston.com, docketla@winston.com
Daniel H Reiss dhr@lnbrb.com
Robert K Sahyan rsahyan@sheppardmullin.com
Gerald N Sims jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley esmiley@wgllp.com
Philip E Strok pstrok@wgllp.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Debtors
MMFX Technologies Corporation
2415 Campus Drive, Suite 100
Irvine, CA 92612

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY BY US MAIL**

Shawn Lanka
Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 68179

Investment Funding, Inc.
Attn: Donald A. English, Esq.
English & Gloven,
A Professional Corp.
550 West "C" St., #1800
San Diego, CA 92101

Sherman Bros. Heavy Trucking
Attn: Munnia Vandenheuvel
A/R Credit Administrator
32921 Diamond Hill Dr.
P.O. Box 706

Fourth Third, LLC
Winston & Strawn, LLP
Attn: John D. Fredericks
101 California St., 39th Fl.
San Francisco, CA 94111

Hatch, LTD.
Attn: John Tummers
2800 Speakman Dr.
Mississauga, Ontario
Canada L5K2R7

Henry B. Woo and Bessie K. Woo Foundation
Attn: Karen W. Chin
165 Derby Lane
Moraga, CA 94556

Michael Lassiter
36 Ashford Pl.
Moraga CA 94556