1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Shirley S. Cho (CA Bar No. 192616)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   Email: jpomerantz@pszjlaw.com
5         scho@pszjlaw.com

6  [Proposed] Counsel for the Official
   Committee of Unsecured Creditors
7

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11  In re:                                    Case No.: 8:10-bk-10083-RK

12  ☐    MMFX Canadian Holdings, Inc., et al.  Jointly Administered with Case Nos. 8:10-
                                                bk-10085-RK; 8:10-bk-27570-RK; 8:10-
13  ☐    Affects MMFX Canadian Holdings, Inc.  bk-27571-RK; 8:10-bk-27572-RK

14  ☐    Affects MMFX International Holdings, Inc.  Chapter 11

15  ☑    Affects Fasteel Corporation           **APPLICATION FOR AN ORDER
                                                 AUTHORIZING AND APPROVING
16  ☑    Affects MMFX Steel Corporation of     THE EMPLOYMENT OF PACHULSKI
         America                                STANG ZIEHL & JONES LLP AS
17                                               COUNSEL FOR THE OFFICIAL
    ☑    Affects MMFX Technologies Corporation  COMMITTEE OF UNSECURED
18                                               CREDITORS *NUNC PRO TUNC* TO
    ☐    Affects All Debtors                     JANUARY 14, 2011;[PROPOSED]
19                                               ORDER; DECLARATION OF
                                                 JEFFREY N. POMERANTZ IN
20                                               SUPPORT THEREOF**

21                                              [No Hearing Required]

22

23  **TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE FOR
    THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS AND DEBTORS IN
    POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES
24  REQUESTING SPECIAL NOTICE:**

25

26        **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

    "Committee") appointed in the jointly administered bankruptcy case of debtors MMFX
27
    Technologies Corporation, MMFX Steel Corporation of America, and Fasteel Corporation (the
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

("PSZJ" or the "Firm"), *nunc pro tunc* to January 14, 2011 as its counsel (the "Application").

This Application is brought pursuant to Section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm. In support of this Application, the Committee respectfully represents as follows:

1.     On January 5, 2010, debtors MMFX Canadian Holdings, Inc. and MMFX International Holdings, Inc., each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code under case numbers 8:10-bk-10083-RK and 8:10-bk-10085-RK, respectively.

2.     On December 14, 2010, debtors MMFX Technologies Corporation, MMFX Steel Corporation of America, and Fasteel Corporation, each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code under case numbers 8:10-bk-27572-RK, 8:10-bk-27571-RK, and 8:10-bk-27570-RK, respectively.

3.     On December 22, 2010, this Court entered an order jointly administering these cases under case number 8:10-bk-10083-RK.

4.     On January 7, 2011, the United States Trustee appointed the Committee to represent the interests of all unsecured creditors for the Affected Debtors pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Fourth Third, LLC; (ii) Investment funding, Inc.; (iii) Sherman Bros. Heavy Trucking; (iv) Hatch, Ltd.; and (v) Henry B. Woo and Bessie K. Woo Foundation. Hatch, Ltd. has subsequently resigned from the Committee.

5.     On January 21, 2011, the United States Trustee added Michael Lassiter on behalf of Michael and Marcia Lassiter to the Committee.

6.     On January 14, 2011, the Committee elected to retain PSZJ to serve as counsel to the Committee. PSZJ is a firm of approximately 64 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues. PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. Subject to further order of this Bankruptcy Court, PSZJ is expected to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

render, among other things, the following services to the Committee:

a.    to assist, advise and represent the Committee in its consultations with the Affected Debtors regarding the administration of this case;

b.    to assist, advise and represent the Committee in analyzing the Affected Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

c.    to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Affected Debtors' rights and obligations under leases and other executory contracts;

d.    to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Affected Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

e.    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

f.    to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

g    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

h    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

i.    to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

7.    The Committee has retained PSZJ for the primary purpose of attempting to maximize the amount of money that would be made available to be distributed to the Affected Debtors' unsecured creditors.

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8.      The Committee believes that PSZJ is well-qualified to render the foregoing services. A biography of the PSZJ attorneys representing the Committee is attached to the Declaration of Jeffrey N. Pomerantz (the "Declaration"), filed concurrently herewith.

9.      To the best of the Committee's knowledge, and based upon the Declaration hereto, neither PSZJ nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Declaration.

10.     Except as provided in the Declaration, to the best of the Committee's knowledge, neither PSZJ, nor any of its attorneys represent any interest adverse to that of the Committee in the matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

11.     The Committee desires to employ PSZJ with reasonable fees to be determined by the Court.  No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing.  The Firm has received no retainer in this case.  Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by PSZJ in its representation of the Committee.  The current hourly rates of Jeffrey N. Pomerantz, Shirley Cho, and Jeffrey W. Dulberg, the primary attorneys likely to work on this case, is $795.00, $650.00, and $625.00 respectively.  The current hourly rate of Beth D Dassa, the primary paraprofessional likely to work on this case is $255.00.  Brief biographies of Jeffrey N. Pomerantz Shirley Cho, and Jeffrey W. Dulberg, as well as the current hourly rates of each attorney and paraprofessional at the Firm, are attached to the Declaration as **Exhibits "A"** and **"B,"** respectively. The Firm reserves the right to use such other professionals as it deems necessary.

12.     It is contemplated that the Firm will seek compensation during this case, and final compensation at the conclusion of this case, as permitted by Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the United States Trustee Notice and Guidelines.  There is no agreement between the Firm and any other entity for the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  sharing of compensation received or to be received for services rendered in connection with the case,

2  except among the partners and attorneys of the Firm. In addition to exercising normal billing review

3  and discretion with respect to its fees, which may result in voluntarily discounts taken during the

4  course of the case by the Firm, the Firm has agreed with the Committee to evaluate its total fees and

5  expenses requested at the end of the case and, if at the request of the Committee, the Committee

6  requests a deduction, the Firm will consider an additional discount of its fees and expenses.

7       **WHEREFORE**, the Committee requests that this Court approve the employment of PSZJ,

8  *nunc pro tunc* to January 14, 2011, as its counsel, to render services as described above with

9  compensation to be paid as an administrative expense in such amounts as this Court may hereafter

10  determine and allow.

11  Dated: January 31, 2011

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

By _Munnia Vandenheuvel_
  Munnia Vandenheuvel
  Sherman Bros. Heavy Trucking
  Chair of the Committee

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Jeffrey N. Pomerantz (CA Bar No. 143717)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jpomerantz@pszjlaw.com
         scho@pszjlaw.com

[Proposed] Counsel for the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No.: 8:10-bk-10083-RK |
|---|---|
| ☐        MMFX Canadian Holdings, Inc., et al. | Jointly Administered with Case Nos. 8:10-bk-10085-RK; 8:10-bk-27570-RK; 8:10-bk-27571-RK; 8:10-bk-27572-RK |
| ☐        Affects MMFX Canadian Holdings, Inc. | |
| ☐        Affects MMFX International Holdings, Inc. | Chapter 11 |
| ☑        Affects Fasteel Corporation | **[PROPOSED] ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 14, 2011** |
| ☑        Affects MMFX Steel Corporation of America | |
| ☑        Affects MMFX Technologies Corporation | |
| ☐        Affects All Debtors | [No Hearing Required] |

This Court has considered the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP* ("PSZJ") *as Counsel for the Official Committee of Unsecured Creditors, Nunc Pro Tunc, as of January 14, 2011* ("Application") and the Declaration of Jeffrey N. Pomerantz ("Declaration"), filed in support thereof and, based upon the record before the Court, it appears that PSZJ does not hold or represent any interest adverse to the estate, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2   Accordingly, it is hereby

3   ORDERED that the Application is granted, as modified herein; and it is further

4   ORDERED that the employment of PSZJ is granted *nunc pro tunc* to January 14, 2011, and it

5   is further

6   ORDERED that, in accordance with Bankruptcy Code §§ 1102, 1103, 328 and 504 and

7   Bankruptcy Rules 2014, 2016 and 5002, the Committee is authorized to employ PSZJ on the terms

8   set forth in the Application; and it is further

9   ORDERED that PSZJ shall be entitled to allowance of compensation and reimbursement of

10   expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules

11   of Bankruptcy Procedure, the Local Rules of this Court and such other procedures as may be fixed

12   by order of this Court.

13                              * * *

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# DECLARATION OF JEFFREY N. POMERANTZ

I, Jeffrey N. Pomerantz, declare and state as follows:

1.      I am an attorney duly admitted to practice by the State of California and before this Court.

2.      I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as counsel to the Committee.

3.      I am a Partner of the Firm and am duly admitted and licensed to practice law in the State of California and to practice before this Court.  The name, address, telephone number and fax number of the Firm is:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Facsimile:  (310) 201-0760

4.      PSZJ is a firm of approximately 64 attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation.  PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other constituents in a bankruptcy case in a wide variety of bankruptcy cases.  Attached hereto as **Exhibit "A"** are biographical sketches of Shirley Cho, Jeffrey W. Dulberg, and me.

5.      The services to be rendered by PSZJ in this case are, among other things, the following:

a.      to assist, advise and represent the Committee in its consultations with the Affected Debtors regarding the administration of this case;

b.      to assist, advise and represent the Committee in analyzing the Affected Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

c.      to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Affected Debtors' rights and obligations under leases and other executory contracts;

d.      to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Affected Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

e.      to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

f.      to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

g      to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

h      to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

i.      to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

i.      to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

6.      Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, PSZJ will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of the Affected Debtors' estate.  The hourly rates of the Firm's professionals and paraprofessionals and the Firm's schedule of reimbursable costs are set forth in **Exhibit "B"** attached hereto.

7.      PSZJ represents that the Firm has received no retainer from the Affected Debtors or the Committee or any payment during the one year period prior to the filing of Affected Debtors' petitions.  No compensation has been paid or promised to be paid from a source other than the estate in this case.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by PSZJ in its representation of the Committee.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8.      PSZJ has made the following investigation of disinterestedness prior to submitting this declaration.  PSZJ has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters.  The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZJ data base and to enter into that data base conflict information regarding new clients or new matters.  Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation.  In particular, an employee of Firm, under my supervision, ran the Affected Debtors' current and former names, the names of Debtors' owners, known secured creditors, and the twenty (20) largest unsecured creditors of the Affected Debtors through the Firm's data base and found no potential conflict.

9.      PSZJ represented, represents, and in the future will likely represent many committees in matters unrelated to the Affected Debtor and this case, whose members may be creditors and/or committee members in this case.  The Firm, however, is not representing any of those entities in this case and will not represent any members of these committees in any claims that they may have collectively or individually against the Affected Debtors.

10.     PSZJ and certain of its partners, of counsel and associates represented, represents, and in the future will likely represent creditors of the Affected Debtors in connection with matters unrelated to the Affected Debtors and this case.  At this time, the Firm is not aware of any such representations.  If the Firm identifies any such representations, the Firm shall make disclosures as may be appropriate at that time.

11.     PSZJ is not, and has never been a creditor, an equity security holder or an insider of the Affected Debtors.

12.     PSZJ is not and has never been an investment banker for any outstanding security of the Affected Debtors.

13.     PSZJ is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Affected Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Affected Debtors.

14.     PSZJ is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Affected Debtors or of any investment banker for any security of the Affected Debtors.

15.     PSZJ neither holds nor represents an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Affected Debtors or an investment banker for any security of the Affected Debtors, or for any other reason.

16.     The members of the firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

17.     In addition to exercising normal billing review and discretion with respect to its fees, which may result in voluntarily discounts taken during the course of the case by the Firm, the Firm has agreed with the Committee to evaluate its total fees and expenses requested at the end of the case and, if at the request of the Committee, the Committee requests a deduction, the Firm will consider an additional discount of its fees and expenses.

18.     To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 31st day of January, 2011, at Los Angeles, California.

_____/s/ Jeffrey N. Pomerantz_____
Jeffrey N. Pomerantz

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

**Jeffrey N. Pomerantz**

Email**: jpomerantz@pszjlaw.com**

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Tel: 310.277.6910



Mr. Pomerantz's practice includes representing debtors, creditors committees and purchasers of assets in complex in and out-of-court financial restructurings. Mr. Pomerantz has a substantial national creditor committee practice having represented the following creditors committees: Pike Nursery Holding (Atlanta, Georgia); Jays Foods/ Select Snacks (Chicago, Illinois), Tom's Foods (Columbus, Georgia), Spectrum Restaurant Group (Los Angeles, California), Piknik Products (Montgomery, Alabama), Foss Manufacturing (Manchester, New Hampshire) and Airnet Communications (Orlando, Florida). Mr. Pomerantz is a member of the Board of Directors of the American Bankruptcy Institute, serving as co-chair of its annual Southwest Bankruptcy Program. Mr. Pomerantz is a graduate of New York University (Phi Beta Kappa 1986), where he also received his J.D. (Order of the Coif 1989).  Mr. Pomerantz is admitted to practice in California, and is a resident in our Los Angeles office.

**EDUCATION**

• New York University (B.A. 1986).

• New York University (J.D. 1989).

• Phi Beta Kappa; Order of the Coif.

**BAR ADMISSION**

1989, California.

**Professional Affiliations**

• Member of Board of Directors, American Bankruptcy Institute

• Co-chair, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2004 - 2007).

• Co-chair, American Bankruptcy Institute Bankruptcy Battleground West (2002-2003).

• Member of Executive Committee of Los Angeles Bankruptcy Forum (2005-2007)

**Publications**

• "The Bare Necessities of Critical Vendor Motions -- It's a Jungle Out There," *13 Journal of Bankruptcy Law & Practice* (2004).

**Programs and Lectures**

• American Bankruptcy Institute; Los Angeles Bankruptcy Forum; Financial Lawyers Conference; Credit Managers Association; American Institute of Restructuring Advisors.

**Representative Transactions**

- Chapter 11 debtors Inacom Corporation; Cooker Restaurants, Prime Measurement, RFB Cellular, Inacom Corporation; Sunbelt Nursery Group; Martin Lawrence Limited Edition; Gingiss Group/Gary's Tuxedos; Breuner's Home Furnishings.

- Creditors' committees in Circuit City, Robbins Bros., Glazed Investments (Krispy Kreme); Spectrum Restaurant Group; Mercury Plastics, Select Snacks, Inc. and Jays Foods, Inc.; Gameworks; Country Home Bakers; Lynx Golf; Bugle Boy Industries; Cimms; Teardrop Golf Company; East Coast Bagel Company; Tom's Foods

## Shirley S. Cho

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

scho@pszjlaw.com
Tel: 310.277.6910



Ms. Cho specializes in representing companies in financial distress; secured and unsecured creditors; bondholders; and purchasers of assets, including stalking-horse bidders, in chapter 11 proceedings as well as out-of-court negotiations.

Ms. Cho has represented some of the largest companies in America in connection with their corporate restructuring efforts in industries including manufacturing, wholesale distribution, mortgage, finance, and healthcare, and has counseled companies dealing with mass tort liabilities. She is a graduate of UC Berkeley and received her J.D. from Hastings College of the Law. Ms. Cho is a member of the California and New York bars, and a resident of our Los Angeles office.  Ms. Cho previously served as law clerk to Judge John E. Ryan, United States Bankruptcy Court, Central District of California (Santa Ana).

**Professional Affiliations**

Board Member, Asian Pacific American Legal Center.

**Publications**

"Chapter 11 Bankruptcy After BAPCPA - A Closer Look at Critical Trade, Exclusivity, and Dismissal/Conversion," 63 *Consumer Finance Law Quarterly Report* (Spring/Summer 2009).

"The Intersection of Critical Vendor Orders and Bankruptcy Code Section 503(b)(9)," 29 *California Bankruptcy Journal* 1 (2007).

"The Southern District of New York Adds Its Two Cents to the *Catapult* Debate," 4 *ABI Technology & Telecommunications Committee Newsletter* (No. 2 June 2007).

"A Closer Look at Critical Trade; Exclusivity; and Dismissal/Conversion," published in materials for American Bar Association Annual Meeting (2006).

"The Danger Zone: Fiduciary Duty Issues Impacting Directors and Officers in the Zone of Insolvency and Beyond," published in materials for Strategies for Distressed Companies Conference (CLE Int'l Nov. 2001).

"What To Do When Your Payor Goes Under," published in materials for American Hospitals & Health Systems Law Institute Conference (2000).

"Continuing Economic Reform in the People's Republic of China: Bankruptcy Legislation Leads the Way," 19 *Hastings International & Comparative Law Review* 739 (1996).

Coauthor, *A Comparison Shopping Guide for 363 Sales* (ABI 2009).

Coauthor, "*Clear Channel* Muddies the Waters of Section 363(m) Mootness Protection," 22 *Bankruptcy Strategist* 1 (No. 2 Dec. 2008).

Coauthor, "U.S.-Canadian Cross-Border Insolvencies -- A Survey of Recent Ancillary Proceedings," published in materials for Canadian-American Symposium on Cross-Border Insolvency Law (ABI Feb. 2005).

Coauthor, "A Model for Canadian Cross-Border Insolvency: *Core-Mark International, Inc.*," 22 *Bankruptcy Strategist* 1 (No. 6 Apr. 2005).

Coauthor, "The Zone of Insolvency: When Has a Company Entered Into It and, Once There, What Are the Board's Duties?" published in materials for Bankruptcy 2002: Views From the Bench (ABI 2002).

## Representations

Chapter 11 debtors: Rhodes Homes; Fleming Companies; Conseco Finance Corp.; Pryor Resources.

Official committees of unsecured creditors: S & K Famous Brands; Fleetwood Enterprises.

DIP lender: New Century Financial Corporation($150 million credit facility)

Asset purchaser for steering division of Delphi Corporation, (estimated value $700 million)



**JEFFREY W. DULBERG**

Mr. Dulberg has substantial experience representing debtors, creditors, landlords, asset purchasers, and committees in chapter 11 cases throughout the country.  Mr. Dulberg has served as lead counsel for several large debtors, including Barbeques Galore, Inc. (the world's largest specialty barbeque retailer), People's Choice Home Loan (formerly a major national subprime loan originator), and The Parent Company (a leading commerce, content, and new media company).  Mr. Dulberg has also represented creditors' committees in Jays Foods, Pike Nursery and Sega GameWorks, among others.  He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit.  Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters.  Mr. Dulberg is a graduate of Swarthmore College and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science.  He is admitted to practice in California and is a resident in our Los Angeles office.

# EXHIBIT B

# HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF
## PACHULSKI STANG ZIEHL & JONES LLP
### JANUARY 2011 RATES

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $950.00 |
| James I. Stang | $895.00 |
| Dean A. Ziehl | $895.00 |
| Laura Davis Jones | $895.00 |
| Robert J. Feinstein | $895.00 |
| Jeremy V. Richards | $850.00 |
| Robert B. Orgel | $850.00 |
| Ira D. Kharasch | $850.00 |
| Alan J. Kornfeld | $825.00 |
| Richard J. Gruber | $825.00 |
| Andrew W. Caine | $825.00 |
| Debra Grassgreen | $795.00 |
| Henry C. Kevane | $795.00 |
| Jeffrey N. Pomerantz | $795.00 |
| Linda F. Cantor | $795.00 |
| John A. Morris | $795.00 |
| David J. Barton | $775.00 |
| Stanley E. Goldich | $775.00 |
| David M. Bertenthal | $775.00 |
| Iain A.W. Nasatir | $750.00 |
| Kenneth H. Brown | $750.00 |
| John D. Fiero | $725.00 |
| James E. Mahoney | $725.00 |
| James K.T. Hunter | $725.00 |
| Samuel R. Maizel | $725.00 |
| Steven J. Kahn | $725.00 |
| Ellen M. Bender | $725.00 |
| Daryl G. Parker | $725.00 |
| Bruce Grohsgal | $705.00 |
| Maxim B. Litvak | $675.00 |
| Bradford J. Sandler | $675.00 |
| Shirley S. Cho | $650.00 |
| Harry D. Hochman | $650.00 |
| Victoria A. Newmark | $650.00 |
| James E. O'Neill | $650.00 |
| Joshua M. Fried | $650.00 |
| Jeffrey W. Dulberg | $625.00 |
| Maria Bove | $625.00 |
| Scotta E. McFarland | $595.00 |
| Gina F. Brandt | $595.00 |
| Jonathan J. Kim | $595.00 |
| Malhar S. Pagay | $595.00 |
| Jeffrey Kandel | $595.00 |
| Michael R. Seidl | $595.00 |
| Jason S. Pomerantz | $595.00 |
| Mary D. Lane | $575.00 |
| Gail S. Greenwood | $575.00 |
| Robert M. Saunders | $575.00 |
| Beth E. Levine | $575.00 |
| Jeffrey P. Nolan | $575.00 |
| Nina L. Hong | $575.00 |

| Curtis A. Hehn | $575.00 |
|---|---|
| Gabriella A. Rohwer | $575.00 |
| Erin Gray | $550.00 |
| Gillian N. Brown | $550.00 |
| William L. Ramseyer | $550.00 |
| Pamela E. Singer | $550.00 |
| Miriam Khatiblou | $550.00 |
| Ilan D. Scharf | $550.00 |
| Elissa A. Wagner | $525.00 |
| Timothy P. Cairns | $495.00 |
| John W. Lucas | $495.00 |
| Kathleen P. Makowski | $475.00 |
| Teddy M. Kapur | $475.00 |
| Cia H. Mackle | $425.00 |
| Jason H. Rosell | $395.00 |
| Peter J. Keane | $345.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $255.00 |
| Kathleen F. Finlayson | $255.00 |
| Beth D. Dassa | $255.00 |
| Shawn A. Quinlivan | $255.00 |
| Patricia J. Jeffries | $255.00 |
| Monica A. Molitor | $255.00 |
| Felice S. Harrison | $255.00 |
| Jorge Rojas | $250.00 |
| Louise Tuschak | $245.00 |
| Karina K. Yee | $245.00 |
| Patricia E. Cuniff | $245.00 |
| Margaret L. Oberholzer | $245.00 |
| Cheryl A. Knotts | $235.00 |
| Michael A. Matteo | $220.00 |
| Thomas J. Brown | $220.00 |
| Kati L. Suk | $200.00 |
| John F. Bass | $175.00 |
| Andrew C. Sahn | $175.00 |
| Law Library Dir. | Billing Rate |
| Leslie A. Forrester | $275.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $175.00 |
| Sheryle L. Pitman | $175.00 |
| Dina K. Whaley | $175.00 |
| Beatrice M. Koveleski | $175.00 |
| Charles J. Bouzoukis | $165.00 |
| Andrea R. Paul | $165.00 |
| Karen S. Neil | $165.00 |

## SUMMARY OF RATES OF REIMBURSEMENT FOR EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP
## EFFECTIVE JANUARY 1, 2011[1]

Facsimile Charges

      Outgoing ........................................................$1.00 per page

      Incoming ......................................................$0.20 per page

Photocopy Charges ...................................................$0.20 per page

Reproduction/Scan Copy             $0.10 per page

Mileage[2] ................................................................$0.51 per mile

Secretarial Overtime ..................................................Actual Cost

Court Filing Fees........................................................Actual Cost

Court Reporter ...........................................................Actual Cost

Messenger and Attorney Services..............................Actual Cost

Legal Research...........................................................Actual Cost

Postage/Express Mail.................................................Actual Cost

Telephone...................................................................Actual Cost

Travel Expenses ........................................................Actual Cost

---

[1]      This summary lists expenses commonly billed by the Firm.  Other expenses would typically be billed to the Firm's clients at the Firm's actual cost.

[2]      The Firm only charges for associate and paralegal mileage, not shareholder mileage.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   **10100 Santa Monica Boulevard, 11ᵗʰ Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** *NUNC PRO TUNC* **TO JANUARY 14, 2011; [PROPOSED] ORDER; DECLARATION OF JEFFREY N. POMERANTZ IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 2, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via Overnight Mail***
Honorable Robert Kwan
United States Bankruptcy Court
Central District of California
411 W. Fourth Street
Bin Outside room 5097
Santa Ana, CA  92701-4593

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 2, 2011 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

Henkie F Barron on behalf of Creditor Fourth Third LLC
hbarron@winston.com, docketsf@winston.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Jeffrey W Dulberg on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jdulberg@pszjlaw.com

Peter L Duncan on behalf of Interested Party Courtesy NEF
peterd@psdslaw.com, chelam@psdslaw.com

Donald English on behalf of Interested Party Courtesy NEF
dae@englishapc.com

Beth Gaschen on behalf of Interested Party Lindsey Davidson
bgaschen@wgllp.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Ori Katz on behalf of Debtor Fasteel Corporation
okatz@sheppardmullin.com

Aaron J Malo on behalf of Debtor Fasteel Corporation
amalo@sheppardmullin.com

Margaret M Mann on behalf of Debtor MMFX Canadian Holdings, Inc.
mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com

J. Barrett Marum on behalf of Debtor MMFX Canadian Holdings, Inc.
bmarum@sheppardmullin.com, danderson@sheppardmullin.com

Jeffrey N Pomerantz on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jpomerantz@pszjlaw.com

Justin E Rawlins on behalf of Creditor Fourth Third LLC
jrawlins@winston.com, docketla@winston.com

Daniel H Reiss on behalf of Interested Party Courtesy NEF
dhr@lnbrb.com

Robert K Sahyan on behalf of Debtor Fasteel Corporation
rsahyan@sheppardmullin.com

Gerald N Sims on behalf of Interested Party Courtesy NEF
jerrys@psdslaw.com, bonniec@psdslaw.com

Evan D Smiley on behalf of Interested Party Lindsey Davidson
esmiley@wgllp.com

Philip E Strok on behalf of Interested Party Lindsey Davidson
pstrok@wgllp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

## SERVICE BY U.S. MAIL

| Debtors | Office of United States Trustee | Robert K Sahyan |
|---|---|---|
| c/o MMFX Technologies Corporation | Attn: Nancy Goldenberg | Ori Katz |
| Attn:  Michael Pompay | 411 W Fourth St., Ste. 9041 | Sheppard Mullin Richter |
| 2415 Campus Dr., Ste. 100 | Santa Ana, CA 92701-8000 | & Hampton |
| Irvine, CA  92612 | | 4 Embarcadero Ctr 17th Fl |
| | | San Francisco, CA 94111 |

Bill Creelman
Carol Pinlac
BDO USA, LLP
3200 Bristol St., 4th Fl.
Costa Mesa, CA 92626