SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
AARON J. MALO, Cal. Bar No. 179985
ROBERT K. SAHYAN, Cal. Bar No. 253763
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MMFX Canadian Holdings, Inc, *et al.*,<br><br>Debtors.<br><br>☐ Affects MMFX Canadian Holdings, Inc.<br>☐ Affects MMFX International Holdings, Inc.<br>☐ Affects Fasteel Corporation<br>☐ Affects MMFX Steel Corporation of America<br>☐ Affects, MMFX Technologies Corporation<br>☒ Affects all Debtors | Case No. 8:10-bk-10083-RK<br><br>(Jointly Administered with Case Nos.: 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572)<br>Chapter 11<br><br>**NOTICE OF NEW DATE AND TIME OF STATUS CONFERENCE HEARING**<br><br>Date: March 8, 2011<br>Time: 11:00 a.m.<br>Place: United States Bankruptcy Court<br>   411 West Fourth Street<br>   Santa Ana, CA 92701<br>   Courtroom 5D<br>Judge: Hon. Robert Kwan |

W02-EAST:5KES1\200373214.1

1  **PLEASE TAKE NOTICE** that a status conference hearing will be held on
2  March 8, 2011, at 11:00 a.m., in the above-captioned, jointly administered cases.  The status
3  conference hearings previously scheduled for March 2, 2011 and March 3, 2011 have been taken
4  off calendar.

6  Dated: February 25, 2011

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9  By    */s/ Robert K. Sahyan*
       ROBERT K. SAHYAN
       Counsel for Debtors

-1-

W02-EAST:5KES1\200373214.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, Four Embarcadero Center, 17th Fl, San Francisco CA 94111

A true and correct copy of the foregoing document described as **NOTICE OF NEW DATE AND TIME OF STATUS CONFERENCE HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Henkie F Barron hbarron@winston.com, docketsf@winston.com
    Frank Cadigan  frank.cadigan@usdoj.gov
    Shirley Cho  scho@pszjlaw.com
    Jeffrey W Dulberg jdulberg@pszjlaw.com
    Peter L Duncan peterd@psdslaw.com, chelam@psdslaw.com
    Donald English  dae@englishapc.com
    Beth Gaschen  bgaschen@wgllp.com
    Nancy S Goldenberg  nancy.goldenberg@usdoj.gov
    Ori Katz okatz@sheppardmullin.com
    Aaron J Malo  amalo@sheppardmullin.com
    Margaret M Mann  mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
    J. Barrett Marum  bmarum@sheppardmullin.com, danderson@sheppardmullin.com
    Jeffrey N Pomerantz jpomerantz@pszjlaw.com
    Justin E Rawlins  jrawlins@winston.com, docketla@winston.com
    Daniel H Reiss  dhr@lnbrb.com
    Robert K Sahyan  rsahyan@sheppardmullin.com
    Gerald N Sims  jerrys@psdslaw.com, bonniec@psdslaw.com
    Evan D Smiley  esmiley@wgllp.com
    Philip E Strok  pstrok@wgllp.com
    United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
    Gilbert B Weisman  notices@becket-lee.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 25, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | |
|---|---|
| *Served by Overnight Mail*<br>United States Bankruptcy Court<br>The Honorable Robert Kwan<br>411 West Fourth Street, Suite 5165<br>Santa Ana, CA 92701-4593 | Served by U.S. Mail:<br>See attached Service List |

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 25, 2011 | EDIE WALTERS | /s/ Edie Walters |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                            **9013-3.1.PROOF.SERVICE**

## SERVICE LIST

| | | |
|---|---|---|
| Debtors<br>c/o MMFX Technologies Corporation<br>2415 Campus Drive, Suite 100<br>Irvine, CA  92612 | Office of United States Trustee<br>Attn: Nancy Goldenberg<br>411 W Fourth St Ste 9041<br>Santa Ana, CA 92701-8000 | Pachulski Stang Ziehl & Jones LLP<br>Jeffrey N. Pomerantz, Esq.<br>Shirley S. Cho, Esq.<br>10100 Santa Monica Blvd., 11th Fl.<br>Los Angeles, CA 90067-4100 |
| Evan D. Smiley<br>Weiland, Golden, Smiley, Wang,<br>Ervall & Stok, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA  92626 | Investment Funding, Inc.<br>Attn:  Donald A. English, Esq.<br>English & Gloven, APC<br>550 West "C" St., #1800<br>San Diego, CA 92101 | Fourth Third, LLC<br>Winston & Strawn, LLP<br>Attn:  John D. Fredericks<br>101 California St., 39th Fl.<br>San Francisco, CA  94111 |
| Shawn Lanka<br>Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas Street, STOP 1580<br>Omaha, NE  68179 | Winston & Strawn LLP<br>Justin E. Rawlins, Esq.<br>William R. Shafton, Esq.<br>333 South Grand Avenue,<br>   38th Floor<br>Los Angeles, CA  90071-1543 | Henry B. Woo and Bessie K.<br>Woo Foundation<br>Attn:  Karen W. Chin<br>165 Derby Lane<br>Moraga, CA  94556 |
| Sherman Bros. Heavy Trucking<br>Attn:  Munnia Vandenheuvel<br>A/R Credit Administrator<br>32921 Diamond Hill Dr.<br>P.O. Box 706<br>Harrisburg, OR  97446 | Hatch, LTD.<br>Attn:  John Tummers<br>2800 Speakman Dr.<br>Mississauga, Ontario<br>Canada  L5K2R7 | James C. F. Leong and Deanna<br>M. Leong, Trustees<br>The Leong Family 1994 Trust<br>566 Carlisle Way<br>Sunnyvale, CA  94087 |
| Ron Ostomel and Adele Ostomel, as<br>Trustees of The Ostomel Family Trust<br>7 Magee Court<br>Moraga, CA  94556 | TAMCO Financial Services<br>4830 W. Kennedy Blvd. Ste 650<br>Tampa, FL 33609 | Karen Woo Chin & Stephen F.<br>Chin<br>165 Derby Lane<br>Moraga, CA  94556 |
| James Philion, Trustee,<br>James R. Philion Trust<br>1485 Deer Hill Court<br>La Jolla, CA  92037 | Adeline Williams<br>5842 Lomond Drive<br>San Diego, CA  92120 | Samuel L. Wong & Ellen F. Wong<br>1013 Carter Drive<br>Moraga, CA  94556 |
| Michael Lassiter<br>36 Ashford Pl.<br>Moraga CA 94556 | GE Capital<br>PO Box 31001-0275<br>Pasadena, CA 91110-0275 | GE Capital<br>PO Box 7247-7878<br>Philadelphia, PA 19170-7878 |
| Rebecca Callahan<br>5120 Campus Drive<br>Newport Beach, CA  92660 | Wells Fargo Business Credit<br>Attn: Susan L. Martineau<br>12151 Spruce Street<br>Thornton, CO  80602 | BDO USA, LLP<br>Bill Creelman<br>Carol Pinlac<br>3200 Bristol St., 4th Floor<br>Costa Mesa, CA 92626 |
| KPMG Corporate Finance LLC<br>Ricardo S. Chance<br>20 Pacifica, Suite 700<br>Irvine, CA 92618-3391 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                    **9013-3.1.PROOF.SERVICE**