SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
ROBERT K. SAHYAN, Cal. Bar No. 253763
rsahyan@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:    714-513-5100
Facsimile:     714-513-5130

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MMFX CANADIAN HOLDINGS, INC., *et al.*,<br><br>Debtors.<br><br>☐ Affects MMFX Canadian Holdings, Inc.<br>☐ Affects MMFX International Holdings, Inc.<br>☒ Affects Fasteel Corporation<br>☒ Affects MMFX Steel Corporation of America<br>☒ Affects, MMFX Technologies Corporation<br>☐ Affects all Debtors | Case No. 8:10-bk-10083-RK<br><br>(Jointly Administered with Case Nos.: 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572)<br><br>Chapter 11<br><br>**NOTICE OF DEADLINES TO FILE PROOFS OF CLAIM** |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

<u>**NOTICE OF DEADLINES TO FILE PROOFS OF CLAIM**</u>

The Bankruptcy Court has set a deadline of May 13, 2011 ("**General Bar Date**") for creditors to file proofs of claim against for creditors of the following debtors (collectively, "**Debtors**"):

| | *Debtor's Name* | *Case Number* |
|---|---|---|
| 1 | | |
| 2 | Fasteel Corporation | 8:10-bk-27570-RK |
| 3 | MMFX Steel Corporation of America | 8:10-bk-27571-RK |
| 4 | MMFX Technologies Corporation | 8:10-bk-27572-RK |

## EXCEPTIONS TO THE GENERAL BAR DATE

The exceptions to the General Bar Date are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code; and (4) claims negatively affected by a schedule amendment.

For claims arising from the rejection of executory contracts or unexpired leases pursuant to Bankruptcy Code section 365, the last day to file a proof of claim will be: <u>(a) 30 days after the date of entry of the order authorizing the rejection; or (b) May 13, 2011, whichever is later</u> ("**Rejection Bar Date**").

For claims of "governmental units," as that term is defined in Bankruptcy Code section 101(27), proofs of claim will be timely filed if filed: <u>(a) before 180 days after the date of the Order for relief in this case; or (b) May 13, 2011, whichever is later</u>. 11 U.S.C. § 502(b)(9) ("**Governmental Unit Bar Date**").

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim will be: <u>(a) 30 days after the entry of judgment avoiding the transfer; or (b) May 13, 2011, whichever is later</u> ("**Avoidance Bar Date**").

To the extent a schedule amendment reduces the liquidated amount of a scheduled claim or reclassifies a claim that was scheduled as undisputed, liquidated, and non-contingent claim as disputed, unliquidated, and/or contingent, then—solely with respect to the claim that was subject to the schedule amendment and only to the extent its proof of claim does not exceed the amount in which its claim was scheduled before the amendment—the affected claimant may timely file a proof of claim on or before the later of the following two dates: <u>(a) the first business day that is 30 calendar days after the mailing of the notice of the schedule amendment, or (b) May 13, 2011, whichever is later</u> ("**Scheduled Amendment Bar Date**").

1  If you are listed on the Schedules of Assets and Liabilities ("**Schedules**") of the Debtors
2  <u>and</u> your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim is
3  deemed filed in the amount set forth in the Schedules, and the filing of a proof of claim is
4  unnecessary if you agree that the amount scheduled is correct and that the category in which your
5  claim is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

6  If your claim is not listed on the Schedules <u>or</u> is scheduled as disputed, contingent,
7  unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your
8  claim, you must file a proof of claim.

9  **Failure of a creditor to file timely a proof of claim on or before the deadline may**
10 **result in disallowance of the claim or subordination under the terms of a plan of**
11 **reorganization without further notice or hearing.  11 U.S.C. § 502(b)(9).  Creditors may wish**
12 **to consult an attorney to protect their rights.**

13 **<u>IMPORTANT</u>: YOU MUST FILE YOUR PROOF OF CLAIM IN THE CHAPTER**
14 **11 CASE OF THE DEBTOR AGAINST WHICH YOU ASSERT SUCH A CLAIM AND**
15 **YOUR PROOF OF CLAIM MUST IDENTIFY IN THE CAPTION THE NAME OF THE**
16 **DEBTOR AGAINST WHICH YOU ARE ASSERTING THE CLAIM.  IF YOU HAVE A**
17 **CLAIM AGAINST ALL THREE DEBTORS, YOU MUST FILE A SEPARATE PROOF**
18 **OF CLAIM AGAINST EACH OF THE DEBTORS IN ITS RESPECTIVE CHAPTER 11**
19 **CASE OR YOUR CLAIM WILL BE FOREVER BARRED AGAINST THE DEBTOR**
20 **WHICH YOU DID NOT FILE A TIMELY PROOF OF CLAIM IN ITS RESPECTIVE**
21 **CHAPTER 11 CASE.**

22 Proofs of claim must be timely filed, by the dates specified in this notice, with the Clerk of
23 the Bankruptcy Court for the Central District of California (Santa Ana Division).  Additionally,
24 the claimant must serve a copy of the proof of claim on Debtors' counsel Sheppard, Mullin,
25 Richter & Hampton LLP, at Four Embarcadero Center, 17th Floor, San Francisco, California
26 94111, attn: Edie Walters.

27 //
28 //

## WHO NEED NOT FILE PROOFS OF CLAIM

At present, proofs of claim do not need to be filed by any person or governmental unit holding or wishing to assert asserting a claim ("**Claim**") against the Debtors of the types set forth in clauses (a) through (h) below:

    a.    Any holder of a Claim that has already filed a proof of claim against the correct Debtor(s) with the Clerk of the United States Bankruptcy Court for the Central District of California, utilizing a claim form that substantially conforms to Official Form No. 10;

    b.    Any holder of a Claim whose Claim is listed on the Schedules, provided that (i) the Claim is not scheduled as "disputed," "contingent," or "unliquidated"; and (ii) the claimant does not disagree with the amount, nature or priority of the Claim as set forth in the relevant Debtor's Schedules;

    c.    Any holder of a Claim that heretofore has been allowed by order of this Court;

    d.    Any holder of a Claim whose Claim has been paid in full;

    e.    Any holder of a Claim for which specific deadlines have previously been fixed by this Court;

    f.    Any non-debtor affiliate of the Debtors having a Claim against the Debtors and any Debtor having a Claim against another Debtor;

    g.    Any holder of a Claim for administrative expenses allowable under sections 328, 503(b) and 507(a)(2) of the Bankruptcy Code, <u>provided</u>, <u>however</u>, that Claims allowable under section 503(b)(9) of the Bankruptcy Code are subject to the General Bar Date as provided above; and

    h.    Any person or governmental unit that has a Claim against one of the Debtors' non-debtor affiliates, but not against the Debtors.

In addition to the foregoing, holders of an equity interest in the Debtors need not, at this time, file proofs of interest based solely on the ownership of such equity interest; <u>provided</u>,

1  <u>however</u>, if such equity holder asserts any rights as a creditor holding a Claim against any of the

2  Debtors, including a Claim relating to such equity interest or the purchase or sale of such interest,

3  a proof of such Claim must be filed on or prior to the General Bar Date (or Governmental Unit Bar

4  Date, as the case may be).

5

6  DATE: March 11, 2011

7                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8

9                                   By             */S/ Robert K. Sahyan*

10                                        ROBERT K. SAHYAN

11                                        counsel for Debtors

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28