|   |   |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Shirley S. Cho (CA Bar No. 192616)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email: jpomerantz@pszjlaw.com<br>         scho@pszjlaw.com<br><br>[Proposed] Counsel for the Official<br>Committee of Unsecured Creditors | **FILED & ENTERED**<br><br>MAR 15 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY kent        DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>☐     MMFX Canadian Holdings, Inc., et al.<br>☐     Affects MMFX Canadian Holdings, Inc.<br>☐     Affects MMFX International Holdings, Inc.<br>☑     Affects Fasteel Corporation<br>☑     Affects MMFX Steel Corporation of America<br>☑     Affects MMFX Technologies Corporation<br>☐     Affects All Debtors | Case No.: 8:10-bk-10083-RK<br><br>Jointly Administered with Case Nos. 8:10-bk-10085-RK; 8:10-bk-27570-RK; 8:10-bk-27571-RK; 8:10-bk-27572-RK<br><br>Chapter 11<br><br>**ORDER APPROVING THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTIONS 105(a), 107(b), AND 1102(b)(3)(A) OF THE BANKRUPTCY CODE [RE: DOCKET NO. 169]**<br><br>[No Hearing Required] |

Upon consideration of the *Motion of the Official Committee for Order Approving Information Access Protocol Under Sections 105(A) and 107(B), and 1102(b)(3)(A) of the Bankruptcy Code* filed by the Official Committee of Unsecured Creditors [Docket No. 169] (the "Committee") appointed in the above-captioned case;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted in its entirety;

1      2.    The Committee's statutory duties under Section 1102(b)(3) shall be deemed satisfied
2  upon information being added to a dedicated creditor information webpage at www.pszjlaw.com
3  that will contain (a) links to public sources for pleadings and other case information (such as PACER
4  and this Court's internet site), (b) documents that can be downloaded or viewed using the Adobe
5  Acrobat reader, (c) links to email addresses for Committee counsel to whom questions or
6  information requests may be directed, (d) as necessary, periodic updates or reports to creditors
7  generally, and (e) such other information as the Committee deems appropriate.  In each instance,
8  only non-confidential and non-privileged information shall be made available to unsecured creditors.

###

DATED: March 15, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **ORDER APPROVING the MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTIONS 105(A), 107(B), AND 1102(B)(3)(a) OF THE BANKRUPTCY CODE [re: Docket No. 169]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 22, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via US Mail*
Honorable Robert Kwan, United States Bankruptcy Court, 411 W. Fourth St, Santa Ana, CA  92701-4593

Debtor, MMFX Canadian Holdings, Inc.MMFX International Holdings, Inc.
c/o MMFX Technologies Corporation, 2415 Campus Dr., Ste. 100, Irvine, CA 92612

Counsel to Debtors, Robert K Sahyan, Ori Katz, Sheppard Mullin Richter & Hampton
4 Embarcadero Ctr 17th Fl, San Francisco, CA 94111

U.S. Trustee, United States Trustee (SA), Attn:  Nancy Goldenberg
411 W Fourth St., Suite 9041,Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2011 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING the MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTIONS 105(A), 107(B), AND 1102(B)(3)(a) OF THE BANKRUPTCY CODE [re: Docket No. 169]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Henkie F Barron    hbarron@winston.com, docketsf@winston.com
Frank Cadigan    frank.cadigan@usdoj.gov
Shirley Cho    scho@pszjlaw.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Peter L Duncan    peterd@psdslaw.com, chelam@psdslaw.com
Donald English    dae@englishapc.com
Beth Gaschen    bgaschen@wgllp.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Ori Katz    okatz@sheppardmullin.com
Aaron J Malo    amalo@sheppardmullin.com
Margaret M Mann    mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
J. Barrett Marum    bmarum@sheppardmullin.com, danderson@sheppardmullin.com
Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
Daniel H Reiss    dhr@lnbrb.com
Robert K Sahyan    rsahyan@sheppardmullin.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley    esmiley@wgllp.com
Philip E Strok    pstrok@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
MMFX Canadian Holdings, Inc.
c/o MMFX Technologies Corporation
2415 Campus Dr., Ste. 100
Irvine, CA 92612

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: