Jeffrey N. Pomerantz (CA Bar No. 143717)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
scho@pszjlaw.com

[Proposed] Counsel for the Official Committee of Unsecured Creditors

FILED & ENTERED
MAR 15 2011
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

☐ MMFX Canadian Holdings, Inc., et al.

☐ Affects MMFX Canadian Holdings, Inc.

☐ Affects MMFX International Holdings, Inc.

☑ Affects Fasteel Corporation

☑ Affects MMFX Steel Corporation of America

☑ Affects MMFX Technologies Corporation

☐ Affects All Debtors

Case No.: 8:10-bk-10083-RK

Jointly Administered with Case Nos. 8:10-bk-10085-RK; 8:10-bk-27570-RK; 8:10-bk-27571-RK; 8:10-bk-27572-RK

Chapter 11

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 14, 2011**

[No Hearing Required]

This Court has considered the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP* (“PSZJ”) *as Counsel for the Official Committee of Unsecured Creditors, Nunc Pro Tunc, as of January 14, 2011* (“Application”) and the Declaration of Jeffrey N. Pomerantz (“Declaration”), filed in support thereof and, based upon the record before the Court, it appears that PSZJ does not hold or represent any interest adverse to the estate, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.

Accordingly, it is hereby

ORDERED that the Application is granted and the Committee is authorized to employ PSZJ on the terms set forth in the Application; and it is further

ORDERED that the employment of PSZJ is granted *nunc pro tunc* to January 14, 2011, and it is further

ORDERED that PSZJ shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and such other procedures as may be fixed by order of this Court.

###

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DATED: March 15, 2011

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 14, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 22, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via US Mail***
Honorable Robert Kwan, United States Bankruptcy Court, 411 W. Fourth St, Santa Ana, CA 92701-4593

Debtor, MMFX Canadian Holdings, Inc.MMFX International Holdings, Inc.
c/o MMFX Technologies Corporation, 2415 Campus Dr., Ste. 100, Irvine, CA 92612

Counsel to Debtors, Robert K Sahyan, Ori Katz, Sheppard Mullin Richter & Hampton
4 Embarcadero Ctr 17th Fl, San Francisco, CA 94111

U.S. Trustee, United States Trustee (SA), Attn: Nancy Goldenberg
411 W Fourth St., Suite 9041,Santa Ana, CA 92701-4593

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____________________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2011 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 14, 2011** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Henkie F Barron hbarron@winston.com, docketsf@winston.com
Frank Cadigan frank.cadigan@usdoj.gov
Shirley Cho scho@pszjlaw.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Peter L Duncan peterd@psdslaw.com, chelam@psdslaw.com
Donald English dae@englishapc.com
Beth Gaschen bgaschen@wgllp.com
Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Ori Katz okatz@sheppardmullin.com
Aaron J Malo amalo@sheppardmullin.com
Margaret M Mann mmann@sheppardmullin.com, michelemcconnell@sheppardmullin.com
J. Barrett Marum bmarum@sheppardmullin.com, danderson@sheppardmullin.com
Jeffrey N Pomerantz jpomerantz@pszjlaw.com
Justin E Rawlins jrawlins@winston.com, docketla@winston.com
Daniel H Reiss dhr@lnbrb.com
Robert K Sahyan rsahyan@sheppardmullin.com
Gerald N Sims jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley esmiley@wgllp.com
Philip E Strok pstrok@wgllp.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Gilbert B Weisman notices@becket-lee.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
MMFX Canadian Holdings, Inc.
c/o MMFX Technologies Corporation
2415 Campus Dr., Ste. 100
Irvine, CA 92612

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: