# JUDGE'S INSTRUCTIONS FOR ENTERING DISCHARGE IN CHAPTER 11 CASES

| Name of Debtor(s):<br>MMFX CANADIAN HOLDINGS, INC. AND FASTEEL CORPORATION | Case No.: 8:10-10083 RK |
|---|---|

**PLEASE ENTER AND CAUSE TO BE SERVED ON ALL CREDITORS AND PARTIES IN INTEREST AN ORDER OF DISCHARGE:**

☐ On the same date as the entry of the Order Confirming the Chapter 11 Plan;

☒ On __8/5/11__, the effective date of the Plan;

☐ Upon the granting of a Motion for Order of Discharge;

☐ Concurrently with the entry of the Final Decree;

☐ On completion of all payments under the Plan;

☐ Other_____

☐ **No discharge** will be entered because the **debtor is not eligible** for one.

**Docketing Instructions:**

1. Docket the Order Confirming Plan using event code *Order Confirming Chapter 11 Plan*, and if applicable the Post Confirmation Status Conference Hearing using event code *Post Confirmation Status Conference*.

2. Docket the Judge's Instructions form regarding Chapter 11 discharge using event code *Judges Instructions for Entering Chapter 11 Discharge* ensuring to enter the specific instruction in secondary text.

Date: __7/22/11__   _____
                                    **Judge's Signature**

*September 2010*